IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION



FILED
IN COURT
ASHEVILLE, N.C.

JAN 1 6 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR269 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER TO SEAL SUPERSEDING INDICTMENT** |
| | ) | |
| ROBIN BRIAN FRADY | ) | |
| HICKS HELTON | ) | |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Superseding Bill of Indictment, Information Pursuant to Title 21, U.S.C. § 841(b), the Motion to Seal Indictment and any other related documents be sealed.

THIS the 16th day of January, 2007.

_____
MAGISTRATE JUDGE