**FILED**
ASHEVILLE, N.C.

FEB  8 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06 CR 269 |
| | ) | |
| vs. | ) | ORDER TO UNSEAL |
| | ) | |
| ROBIN BRIAN FRADY | ) | |
| HICKS HELTON | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND

DECREED that the Superseding Bill of Indictment in this case be unsealed.

This the ____ day of February, 2007.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE